IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-CV-00623-WYD-PAC

EVA LYONS,

    Plaintiff,

v.

RED ROOF INNS, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on an Order and Judgment from the United States Court of Appeals for the Tenth Circuit, filed May 12, 2005.  Pursuant to that Order, this action is "remanded in part for further proceedings."  More specifically, the Court of Appeals concluded that the District Court erred in granting summary judgment in favor of Defendant Red Roof Inns, Inc. ("RRI") on Plaintiff Lyons' gender discrimination claim.[1]  Accordingly, it is

ORDERED that on or before **Thursday, July 28, 2005**, the parties file a joint status report suggesting to the Court how this case should proceed.

Dated this 13th day of July, 2005.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge

---

[1] The Tenth Circuit Court of Appeals also concluded that the District Court did not err in granting summary judgment in favor of RRI on Lyon's claims of reverse racial discrimination and retaliation.