IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

    Plaintiff,

v.

RED ROOF INNS, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Status Report, filed July 27, 2005 in accordance with this Court's July 13, 2005 Order.  Pursuant to an Order and Judgment from the United States Court of Appeals for the Tenth Circuit, filed May 12, 2005, this action was "remanded in part for further proceedings" after the Court of Appeals concluded that the District Court erred in granting summary judgment in favor of Defendant Red Roof Inns, Inc. ("RRI") on Plaintiff Lyons' gender discrimination claim.[1]  Through their Joint Status Report, Plaintiff informs the Court that she will be filing a Petition for *Certiorari* related to her claims for reverse racial discrimination and retaliation with the United States Supreme Court by late August 2005.  Plaintiff also requests that her single claim for gender discrimination now proceed to trial before this Court.  Defendant maintains this matter should be stayed pending the Supreme Court's

---

[1] The Tenth Circuit Court of Appeals also concluded that the District Court did not err in granting summary judgment in favor of RRI on Lyon's claims of reverse racial discrimination and retaliation.

review of Plaintiff's Petition for *Certiorari*. Upon my review of the parties' Joint Status Report, I find that this matter should be stayed. Accordingly, it is

ORDERED that the parties' Joint Status Report, filed July 27, 2005, which the Court treats as a Motion to Stay, is **GRANTED** to the extent it requests this matter be stayed pending the Supreme Court's review of Plaintiff's Petition for *Certiorari*. It is

FURTHER ORDERED that every sixty (60) days, beginning October 1, 2005, the parties file a joint status report informing the Court of the status of Plaintiff's Petition for *Certiorari*.

Dated: August 5, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge