IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

    Plaintiff,

v.

RED ROOF INNS, INC.,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on a review of the file.  By Order filed August 11, 2004, I affirmed and adopted a Recommendation of Magistrate Judge Coan to grant summary judgment to Defendant on Plaintiff's claims.  Judgment was entered in favor of Defendant on August 12, 2004.  On May 12, 2005, the Tenth Circuit reversed the entry of summary judgment in favor of Defendant on Plaintiff's claim of gender discrimination and remanded the case to this Court for further proceedings.  In the same Order, the Tenth Circuit affirmed this Court's entry of summary judgment in favor of Defendant on Plaintiff's reverse racial discrimination and retaliation.  The Mandate was issued June 14, 2005.

    Upon remand, the parties filed a Joint Status Report on July 27, 2005, indicating that Plaintiff intended to file a petition for writ of certiorari with the United States Supreme Court as to the two claims that the Tenth Circuit affirmed the grant of summary judgment.  The parties stated that it would best serve the parties and the

interests of judicial economy to stay the gender discrimination claim until Plaintiff obtained a ruling on her petition. Accordingly, by Order filed August 5, 2005, this matter was stayed during the pendency of Plaintiff's petition for writ of certiorari.

On December 13, 2005, a Notice was filed with this Court by the Tenth Circuit indicating that Plaintiff's petition for a writ of certiorari was denied. Accordingly, it is

ORDERED that the stay of this case is **LIFTED**. It is

FURTHER ORDERED that the parties shall file a joint status report on or before **Thursday, January 5, 2006**, indicating how many days are needed for trial on Plaintiff's gender discrimination claim, the time frame in which the pretrial conference and trial should be set, whether discovery is complete, and what other action needs to be taken in this case prior to trial.

Dated: December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge