IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

    Plaintiff(s),

v.

RED ROOF INNS, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 6, 2006

    The court has reviewed plaintiff's motion,  and,  without addressing the merits of the motion,

    **IT IS HEREBY ORDERED** that plaintiff's Motion to Amend Claim to Include Libel and Breach of Contract, Doc. # 66, filed January 4, 2006, is **denied** for lack of compliance with D.C. Colo. L.Civ. R. 7.1.A.