IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

      Plaintiff(s),

v.

RED ROOF INNS, INC.,

      Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that the Motion Requesting Stay of this Case Pending Appeal of Plaintiff's Motion to Amend Her Complaint [filed February 24, 2006; Doc. No. 82] is **denied**.  Rule 72 objections to magistrate judges' non-dispositive orders do not stay further proceedings in the case.  Further, it is generally the policy of this court to not stay discovery.

Dated:  March 3, 2006