IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

    Plaintiff,

v.

RED ROOF INNS, INC.,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on two pending motions: (1) Plaintiff's pro se Motion Requesting that this Case Be Transferred filed April 21, 2006, and (2) Plaintiff's pro se Motion to Overrule the Filing of the Final Pretrial Order and Deem Such Filing Unjust for the Plaintiff filed May 5, 2006.  For the reasons stated below, these motions are denied.

I first address Plaintiff's Motion Requesting that this Case Be Transferred. Plaintiff asserts in this motion that she feels she is not getting a fair trial in that "it appears the judicial officers are primarily sided with the defendant."  Motion at 1.  She requests that new judicial officers be appointed with the transfer of this case.  This motion is denied.  Plaintiff has presented no evidence in support of her argument of unfairness or bias on the part of this Court.  The fact that motions may not have been ruled in Plaintiff's favor does not provide a basis to transfer the case, nor does it

-1-

indicate any unfairness on the part of the Court.  Plaintiff also has not provided any legal basis for a transfer, and has not satisfied the requirements of 28 U.S.C. § 1404(a). Accordingly, I deny Plaintiff's motion seeking to transfer the case or appoint new judicial officers.

I now turn to Plaintiff's Motion to Overrule the Filing of the Final Pretrial Order and Deem Such Filing Unjust for the Plaintiff.  Plaintiff objects therein to the fact that Magistrate Judge Coan did not allow her to "re-write her claims" in the Pretrial Order, told Plaintiff that she would file the Pretrial Order even if Plaintiff did not sign it, and did not allow her to include certain claims in the Pretrial Order.  This motion is also denied.  I first note that Plaintiff failed to confer with Defendant prior to the fling of the motion as required by D.C.COLO.LCivR 7.1.  While I do not deny the motion on this ground, Plaintiff is cautioned in the future that filing of motions without a Rule 7.1 certification shall result in the striking of these motions.  As to the merits of the motion, I find no basis to grant the motion.  Plaintiff is not entitled to include dismissed claims and/or claims that the Court did not allow her to pursue in the Pretrial Order.  Further, Plaintiff has not shown manifest injustice in connection with the filing of the Pretrial Order, as required to modify that Order.  FED. R. CIV. P. 16(e).

Based upon the foregoing, it is

ORDERED that Plaintiff's Motion Requesting that this Case Be Transferred filed April 21, 2006, is **DENIED**.  It is

FURTHER ORDERED that Motion to Overrule the Filing of the Final Pretrial Order and Deem Such Filing Unjust for the Plaintiff filed May 5, 2006, is **DENIED**.

Dated: May 22, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge