IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-00623-WYD-PAC

EVA LYONS,

     Plaintiff,

v.

RED ROOF INNS, INC.,

     Defendant.
_____

**ORDER OF DISMISSAL**
_____

     THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (filed August 2, 2006).  The Court, having reviewed the motion and being fully advised in the premises,

     ORDERS that the Stipulated Motion to Dismiss with Prejudice is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

     Dated:  August 4, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge